UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**UNITEDHEALTHCARE INSURANCE COMPANY, INC., et al.,**

   *Plaintiffs*,

v.                                                     Case No. SA-18-CV-0347-JKP

**MICHAEL MURPHY, M.D., et al.,**

   *Defendants*.

## ORDER OF DISMISSAL

Based upon the *Stipulation for Dismissal* (ECF No. 49), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall each bear their own costs, attorneys' fees, and expenses. **The Clerk of Court is directed to CLOSE this case.**

**SIGNED this 16th day of April 2021.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**